UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

**VISITH TOBY PHANDANOUVONG**,    Civil Case No. 3:13-CV-01798-KI

        Petitioner,

                              JUDGMENT

              v.

**RICK COURSEY,**

        Respondent.

    Anthony D. Bornstein
    Assistant Federal Public Defender
    101 SW Main Street, Suite 1700
    Portland, Oregon  97204

        Attorney for Petitioner

    Ellen F. Rosenblum
    Attorney General

Page 1 - JUDGMENT

Samuel A. Kubernick
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301-4096

       Attorneys for Respondent

KING, Judge:

       I deny petitioner's habeas corpus petition [2] and dismiss this proceeding with prejudice. Because petitioner has not made a substantial showing of the denial of a constitutional right, a certificate of appealability is denied.  See 28 U.S.C. § 2253(c)(2).

       Dated this    15th    day of December, 2014.

                                          /s/ Garr M. King
                                       Garr M. King
                                       United States District Judge